UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:  KAYLA DENISE SIMON                                                                    CASE NO.: 15-

# CHAPTER 13 PLAN

I. Debtor proposes to pay by direct pay into the Chapter 13 Plan monthly payments of $200 for forty-eight (48) months.

II. Claims to be paid directly by debtor.    **None**

III. Claims to be paid by Trustee.

    **A. ATTORNEY AND ADMINISTRATIVE FEES.**  Thomas C. McBride, LLC shall receive attorney and administrative fees of $2,800.  The Trustee shall receive fees of approximately 10% of plan payments.

    **B. SECURED CLAIMS.**  Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

    **1. Personal Property:**

        Moore Finance: collateral - 2010 GMC Acadia; estimated secured claim of $5,200 to be paid with interest at 6%.  As adequate protection, Moore Finance shall be paid $25 per month until the debtor's attorney fees are paid in full.

    **C. PRIORITY OR SPECIAL CLASS CLAIMS.**  After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: **None**

    **D. GENERAL UNSECURED CLAIMS.**  Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

Respectfully submitted this 30th day of July, 2015.

                                        McBride Law Firm

                                        /s/Thomas C. McBride
By: Thomas C. McBride  (#09210)
     Kathryn A. Wiley (#33672)
     Thomas C. McBride, LLC
     McBride Law Firm
     301 Jackson Street, Suite 101
     Alexandria, LA 71301
     Telephone (318) 445-8800
     Facsimile (318) 445-8066